On petitioner's reconsideration filed February 27,
former opinion filed January 28 (44 Or App 189, 605 P2d 724),
petition for reconsideration allowed, affirmed as modified April 14, 1980

In the Matter of the Compensation of
HANNA, et al,
*Respondents,*
*v.*
McGREW BROTHERS SAWMILL, INC., et al,
*Petitioners.*

(No. 77-6756, CA 14770)

609 P2d 422

Mary T. Danford and Lang, Klein, Wolf, Smith, Griffith & Hallmark, Portland, for petition.

No appearance contra.

Before Schwab, Chief Judge, and Richardson and Joseph,* Judges.

RICHARDSON, J.

---

Joseph, J., *vice* Lee, J., deceased.

## RICHARDSON, J.

Argonaut Insurance Company petitioned for reconsideration of the portion of our opinion which affirmed the award of attorney's fees to claimant. Argonaut contends a proceeding to determine which of two insurance carriers is responsible for an otherwise compensable injury pursuant to ORS 656.307 does not involve a denied claim entitling claimant to attorney's fees under ORS 656.386(1).

We did not intend to hold that in all proceedings under ORS 656.307 that a claimant would be entitled to attorney's fees relating to participation in the hearing. Claimant, in this case, was required to appear and contest Argonaut's contention that he was not entitled to compensation because he had not requested a hearing on Argonaut's denial of compensation. Because he was required to defend his right to receive compensation benefits from Argonaut we hold he is entitled to attorney's fees paid by Argonaut.

The petition for reconsideration is allowed; we adhere to our decision affirming the award of attorney's fees on the basis set forth above.

Petition for reconsideration allowed; affirmed as modified.